UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ASHOK JAIN, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:10-CV-2119 |
| | § | |
| TEXANA BEHAVIORAL HEALTHCARE & | § | |
| DEVELOPMENTAL DISABILITIES | § | |
| SERVICES; dba TEXANA CENTER, | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

The Court, having granted Defendant Texana Behavioral Healthcare and Developmental Disabilities Services, dba Texana Center's Motion for Summary Judgment, it is hereby

ORDERED that Plaintiff Ashok Jain take nothing of Defendant Texana Behavioral Healthcare and Developmental Disabilities Services, dba Texana Center's and shall pay all costs of action. The case is dismissed.

This is a FINAL JUDGMENT.

SIGNED at Houston, Texas, this 4th day of June, 2012.

MELINDA HARMON
UNITED STATES DISTRICT JUDGE