## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| ASHOK JAIN, M.D., § | | |
|     Plaintiff, § | | |
| § | | |
| § | | |
| v. § | | C.A. NO. 4:10 CV 02119 |
| § | | |
| TEXANA BEHAVIORAL HEALTHCARE § | | |
| & DEVELOPMENTAL DISABILITIES § | | |
| SERVICES d/b/a TEXANA CENTER § | | |
|     Defendant. § | | |

## PLAINTIFF'S MOTION FOR RECONSIDERATION OF SUMMARY JUDGMENT

Plaintiff, Ashok Jain, M.D., moves for an order for reconsideration of summary judgment.

1. Plaintiff is Ashok Jain, M.D.; Defendant is Texana Behavioral Healthcare & Developmental Disabilities Services d/b/a Texana Center.

2. Plaintiff sued Defendant for race, color and national origin discrimination and for retaliation against Plaintiff after he complained of the discriminatory acts and for his subsequent constructive discharge.

3. Plaintiff entered into an employment agreement from September 1, 2007 to August 31, 2008 for an annual salary of $165,000, Plaintiff, however, only received $160,000 of the promised salary. Accordingly, Plaintiff is owed $5,000 from the agreed salary.

4. The clerk entered judgment on June 4, 2012. Plaintiff files this motion on June 29, 2012, which is within 28 days after the entry of judgment.

5. Plaintiff had a written contract with Defendant for a one year term to be paid an annual salary of $165,000 but instead he got paid $160,000. Defendant, Texana owes Plaintiff $5,000.

6. This motion is based on the pleadings and papers on file in this case and the attached memorandum of points and authorities.

7. For these reasons, Plaintiff asks the Court to grant the motion for reconsideration, and render a new judgment that Plaintiff is granted the $5,000 owed by Defendant plus court costs.

Respectfully submitted,

LAW OFFICES OF KEITH LOVELACE
8303 Southwest Freeway, Suite 975
Houston, Texas 77074-1622

By: ___/s/ Keith Lovelace_____
     Keith Lovelace - SBN: 12600700
Telephone: 713/777-0500
Facsimile: 713/995-5555

**ATTORNEY FOR PLAINTIFF**
**ASHOK JAIN, M.D.,**

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served on all counsel of record on June 29, 2012 in accordance with Federal Rule of Civil Procedure 5(b)(2).

William S. Helfand
Barbara E. Roberts
Norman Ray Giles
Kellen R. Scott
Chamberlain Hrdlicka White Williams & Martin
1200 Smith Street, 14th Floor
Houston, Texas 77002
(713) 654-9630
(713) 658-2553 – Fax
**Attorneys for Defendant, Texana Behavioral Healthcare & Development Disabilities Services d/b/a Texana Center**

   /s/ Keith Lovelace
Keith Lovelace